William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA  90017-5726
Telephone (213) 622-3003
Facsimile: (213) 622-3053

Frank A. Angileri (*Pro Hac Vice*)
fangileri@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice*)
tcunningham@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075-1238
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351

Attorneys for Defendants
DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**DOMINO'S PIZZA, INC. AND DOMINO'S PIZZA, LLC'S NOTICE OF MOTION AND MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEY FEES AND NON-TAXABLE COSTS**<br><br>Judge:     Hon. Dana M. Sabraw<br>Date:       December 28, 2018<br>Time:      1:30 p.m.<br>Location: Courtroom 13A |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 28, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A located at 333 West Broadway, San Diego, CA 92101, Domino's Inc. and Domino's Pizza, LLC, (collectively "Domino's") will and do hereby move to declare the case exceptional and award attorney fees and non-taxable costs.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points & Authorities, any supporting declarations and exhibits, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated:  November 8, 2018            Respectfully submitted,

By: /s/ Thomas W. Cunningham
    Frank A. Angileri (*Pro Hac Vice*)
    fangileri@brookskushman.com
    Thomas W. Cunningham (*Pro Hac Vice*)
    tcunningham@brookskushman.com
    BROOKS KUSHMAN P.C.
    1000 Town Center, Twenty-Second Floor
    Southfield, MI  48075-1238
    Telephone: (248) 358-4400
    Facsimile:  (248) 358-3351

    William E. Thomson, Jr. (SBN 47195)
    wthomson@brookskushman.com
    BROOKS KUSHMAN P.C.
    601 S. Figueroa St., Suite 2080
    Los Angeles, CA  90017-5726
    Telephone (213) 622-3003
    Facsimile: (213) 622-3053

    *Attorneys* for *Defendants DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on November 8, 2018, with a copy of this document via the Court's CM/ECF system per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
Thomas W. Cunningham