William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA  90017-5726
Telephone (213) 622-3003
Facsimile: (213) 622-3053

Frank A. Angileri (*Pro Hac Vice*)
fangileri@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice*)
tcunningham@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075-1238
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351

Attorneys for Defendants
DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and<br>DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**DOMINO'S PIZZA, LLC AND DOMINO'S PIZZA, INC. NOTICE OF WITHDRAWAL OF RENEWED MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEY'S FEES AND NON-TAXABLE COSTS – ECF NO. 104**<br><br>Judge:     Hon. Dana M. Sabraw |

Pursuant to ECF No. 111, Domino's Pizza, LLC and Domino's Pizza, Inc. ("Domino's) hereby withdraw their Renewed Motion to Declare Case Exceptional and Award Attorney's Fees and Non-Taxable Costs by Domino's Pizza, LLC (ECF No. 104). However, pursuant to instructions from District Judge Sabraw's chambers, Domino's continues to rely on the Exhibits to ECF No. 104 as support for its Second Renewed Motion to Declare Case Exceptional and Award Attorney's Fees and Non-Taxable Costs by Domino's Pizza, LLC (ECF No. 112), many of which are to be maintained under seal. Thus, although Domino's withdraws the motion, it does not withdraw the exhibits, which support its newest motion. For this same reason, Domino's has not moved to withdraw ECF No. 105 – its Motion to File Documents Under Seal – which relates to the confidentiality of the Exhibits.

Dated: November 12, 2020      Respectfully submitted,

By: /s/ Thomas W. Cunningham
    Frank A. Angileri (*Pro Hac Vice*)
    fangileri@brookskushman.com
    Thomas W. Cunningham (*Pro Hac Vice*)
    tcunningham@brookskushman.com
    BROOKS KUSHMAN P.C.
    1000 Town Center, Twenty-Second Floor
    Southfield, MI  48075-1238
    Telephone: (248) 358-4400
    Facsimile: (248) 358-3351

1

2

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
3

BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
4

Los Angeles, CA  90017-5726
5

Telephone (213) 622-3003
Facsimile: (213) 622-3053
6

7

*Attorneys* for *Defendants DOMINO'S PIZZA,*
*LLC and DOMINO'S PIZZA, INC.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on November 12, 2020, with a copy of this document via the Court's CM/ECF system per Local Rules.  Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
Thomas W. Cunningham