# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**ORDER RE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF AMERANTH'S OPPOSITION TO DEFENDANTS DOMINO'S PIZZA, LLC AND DOMINO'S PIZZA, INC.'S MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEYS' FEES AND NON-TAXABLE COSTS** |

Having considered Plaintiff Ameranth, Inc.'s ("Ameranth") Motion to File Documents Under Seal, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Ameranth's Motion to File Documents Under Seal is GRANTED, and the following documents may be filed under seal pursuant to Local Rule 79.2:

1. Exhibit 7 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of 2013 screen shots submitted to the court on a flash drive.

2. Exhibit 8 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of a Dominos iPhone 4 2-27-17 incompleteOrder Screenshots.zip submitted to the court on a flash drive.

3. Exhibit 8.1 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a Dominos iPhone 4 2-27-17 incompleteOrder.mp4 submitted to the court on a flash drive.

4. Exhibit 9 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of an iPhone X 11-28-18 incomplete order.mp4 submitted to the court on a flash drive.

5. Exhibit 9.1 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of an iPhone X 11-29-18 incomplete order after update 2.mp4 submitted to the court on a flash drive.

6. Exhibit 9.2 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a an iPhone X 11-29-18 incomplete order after update 3.mp4 submitted to the court on a flash drive.

7. Exhibit 10 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a Dominos S7 Edge incomplete order 11-29-18.mp4 submitted to the court on a flash drive.

8. Exhibit 11 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of an iPadPro Incomplete Order 11-28-2018.mp4 submitted to the court on a flash drive.

9. Exhibit 12 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a Dominos iPhone 4S IncompleteOrder 02-27-17 (1).mp4 submitted to the court on a flash drive.

10. Exhibit 13 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a Dominos - S7

Edge – 2-5-17 (1) incompleteOrder superBowl.mp4 submitted to the court on a flash drive.

11. Exhibit 14 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of a JSON graphic screen shot submitted to the court on a flash drive.

12. Exhibit 16 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of excerpts from the deposition of Dr. Malek taken on May 14, 2018.

13. Exhibit 18 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of excerpts from the deposition of Keith McNally taken in this case.

14. Exhibit 19 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of excerpts from the deposition of Kathy Sanders taken on May 24, 2018.

15. Exhibit 20 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees

And Non-Taxable Costs ("NOL") are true and correct copies of excerpts from the deposition of Richard Bergfeld taken on March 16, 2018.

16. Exhibit 25 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") is a true and correct copy of the Expert Report Of Michael I. Shamos, Ph.D. In Rebuttal To Expert Report Of Michael Franz Concerning Validity Of U.S. Patent No. 8,146,077, dated August 24, 2018.

17. Exhibit 26 to the Notice of Lodgment of Exhibits in Support of Ameranth, Inc.'s Opposition to Defendant Domino's Pizza, LLC and Domino's Pizza, Inc.'s Motion To Declare Case Exceptional And Award Attorneys' Fees And Non-Taxable Costs ("NOL") are true and correct copies of excerpts from the deposition of Nella Ludlow taken on May 14, 2018.

There is good cause to permit the above-referenced exhibits to be filed under seal, as they contain or consist of proprietary and confidential technical and business information and source code that Defendants have designated as "Highly Confidential" under the terms of the Court's protective order in this matter.

IT IS SO ORDERED.

Dated: November 20, 2020

_____
Hon. Dana M. Sabraw
United States District Judge