William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071-1635
Telephone (213) 622-3003

Frank A. Angileri (*Pro Hac Vice*)
fangileri@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice*)
tcunningham@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075-1238
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

Attorneys for Defendants
DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**DOMINO'S PIZZA, LLC AND DOMINO'S PIZZA, INC.'S REPLY IN SUPPORT OF ITS SECOND RENEWED MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEY FEES AND NON-TAXABLE COSTS**<br><br>**Judge:** Hon. Dana M. Sabraw<br>**Date:** December 11, 2020<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 13A<br><br>**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY** |

# DOCUMENT FILED UNDER SEAL

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 4, 2020, with a copy of this document via the Court's CM/ECF system per Local Rules and counsel will also be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
*Attorneys* for *Defendants DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.*