William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071-1635
Telephone (213) 622-3003

Frank A. Angileri (*Pro Hac Vice*)
fangileri@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice*)
tcunningham@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075-1238
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

Attorneys for Defendants
DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**DECLARATION OF THOMAS W. CUNNINGHAM IN SUPPORT OF DOMINO'S REPLY IN SUPPORT OF ITS SECOND RENEWED MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEY FEES AND NON-TAXABLE COSTS**<br><br>**Judge:** Hon. Dana M. Sabraw<br>**Date:** December 11, 2020<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 13A |

I, Thomas W. Cunningham, declare as follows:

I am over eighteen years of age, have personal knowledge of the matters set forth herein, and declare that each of them is true and correct to my knowledge or information and belief. I am an attorney with Brooks Kushman P.C., counsel of record in this action for Defendants Domino's LLC and Domino's Pizza, Inc.

1. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the May 14, 2018 deposition Nella D. Ludlow. [FILED UNDER SEAL]

2. I make this Declaration on personal knowledge and, if called as a witness at trial, I am competent to testify.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 4, 2020            By: /s/ Thomas W. Cunningham
    Thomas W. Cunningham (*Pro Hac Vice*)
    tcunningham@brookskushman.com
    BROOKS KUSHMAN P.C.
    1000 Town Center, Twenty-Second Floor
    Southfield, MI  48075-1238
    Telephone: (248) 358-4400
    Facsimile:  (248) 358-3351

    *Attorneys* for *Defendants DOMINO'S PIZZA, INC. and DOMINO'S PIZZA, LLC*

# CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 4, 2020, with a copy of this document via the Court's CM/ECF system per Local Rules and counsel will also be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
*Attorneys* for *Defendants DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.*