# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC.<br><br>v.<br><br>DOMINO'S PIZZA, INC. and<br>DOMINO'S PIZZA, LLC | Lead Case No.: 3:12-cv-0733-DMS-WVG<br><br>**EXHIBIT 24 –**<br>**DEFENDANTS DOMINO'S PIZZA, INC.'S AND DOMINO'S PIZZA, LLC'S REPLY TO ITS SECOND RENEWED MOTION TO DECLARE CASE EXCEPTIONAL AND AWARD ATTORNEY FEES AND NON-TAXABLE COSTS** |

# DOCUMENT FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 4, 2020, with a copy of this document via the Court's CM/ECF system per Local Rules and counsel will also be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
*Attorneys* for *Defendants DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.*